UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

                                Plaintiff,

-v-

RATTLER GAS, LLC,

                                Defendant.

21 Civ. 1985 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 8, 2021, plaintiff filed the complaint in this case. Dkt. 1. On March 16, 2021, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond April 6, 2021. *See* Dkt. 7. Defendant has not responded to the complaint or otherwise appeared in this action, and plaintiff has obtained a Clerk's Certificate of Default. Dkt. 13.

Plaintiff's papers in support of its motion are in good order. In light of the current public health situation, the Court will resolve the default judgment motion on the papers. If the defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to April 1, 2022, and file an opposition on ECF, explaining why a default judgment is not warranted, by April 1, 2022 at 5 p.m. Plaintiff shall serve this Order upon defendant and file an affidavit reflecting such service on ECF by March 18, 2022.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                         Paul A. Engelmayer
                                                                         United States District Judge

Dated: March 15, 2022
       New York, New York