UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

                      Plaintiff,

          v.

RATTLER GAS, LLC,

                      Defendant.

21 Civ. 1985 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On March 8, 2021, plaintiff filed the complaint in this case. Dkt. 1. On March 16, 2021, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond April 6, 2021. *See* Dkt. 7. Defendant did not respond to the complaint or otherwise appear in this action, and plaintiff obtained a Clerk's Certificate of Default and moved for default judgment. Dkts. 13, 16. On March 15, 2022, the Court acknowledged that plaintiff's papers in support of its motion were in good order and ordered that if defendant wished to oppose the motion, their counsel was to enter a notice of appearance and file an opposition by April 1, 2022. Dkt. 19. On March 16, 2022, plaintiff served the Court's March 15, 2022 order on defendant. Dkt. 20.

    As defendant has not appeared or entered an opposition, the Court grants the motion for default judgment. The Court respectfully directs the Clerk of Court to terminate the motion pending at Dkt. 16 and close the case.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: August 31, 2022
        New York, New York