**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

                                                                                                21 **CIVIL** 1985 (PAE)

        -against-                                           **DEFAULT JUDGMENT**

RATTLER GAS, LLC,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated September 1, 2022, as defendant has not appeared or entered an opposition, the Court has granted the motion for default judgment; accordingly, the case is closed.

**DATED**: New York, New York
           September 2, 2022

                                                            **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                  **BY:**   *K. Mango*
                                                            **Deputy Clerk**